**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
YABERKY CARMEN GRULLON,

                Plaintiff,                20 **CIVIL** 5030 (JPC)(RWL)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 22, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including offering the plaintiff the opportunity for a hearing and de novo decision in the case in accordance with the Commissioner's rules and regulations, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:**  New York, New York
          December 23, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                                   **BY:**      *K. Mango*
                                                    _____
                                                     **Deputy Clerk**